27BC, CLOSED, EL

# U.S. District Court
## Alabama Middle District (Montgomery)
### CRIMINAL DOCKET FOR CASE #: 2:03-cr-00173-WHA-CSC-1
#### Internal Use Only

Case title: USA v. Church, et al

Date Filed: 08/19/2003

Assigned to: Honorable W. Harold Albritton, III
Referred to: Honorable Charles S. Coody

**Defendant**

**Eugene Robert Church** (1)
*TERMINATED: 04/26/2004*

represented by **Richard Cracker Waldrop**
P. O. Box 310027
Enterprise, AL 36331-0027
(334) 393-2288
Email: crackerwaldrop@alaweb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:846 CONSP: DISTB/POSS TO DISTB METH - NMT $4,000,000, [*]; NLT 10Y, NMT LIFE, B; NLT 5Y SUP REL; $100 SA; VWPA; G-LINES
(1)

21:841(a)(1)/18:2 - POSS TO DISTB:METH; AID & ABET - NMT $4,000,000, [*]; NLT 10Y, NMT LIFE, B; NLT 5Y SUP REL; $100 SA; VWPA; G-LINES
(2)

18:924(c)(1)(A)/2 FIREARMS:DRUG TRAFF; AID & ABET - NMT $250,000, [*]; NLT 5Y CONSEC TO DRUG TRAFF OFS; NMT 3Y SUP REL; $100 SA; VWPA; G-LINES; FORF

**Disposition**

120 mos impr, consecutive to ct 3; 5 yrs sup rel; $100 sa

120 mos impr, consecutive to ct 3; 5 yrs sup rel; $100 sa

60 mos impr, consecutive to cts 1,2 and 4; 5 yrs sup rel; $100 sa

(3)

18:922(g)(3) FELON: FIREARMS -
NMT $250,000, [*]; NMT 10Y, B;
NMT 3Y SUP REL; $100 SA; VWPA;
G-LINES; FORF
(4)

120 mos impr, consecutive to ct 3; 3 yrs sup rel ; $100 sa

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

**United States of America**    represented by    **Stephen P. Feaga**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: steve.feaga@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2003 | | Order entered in Cr. Misc. 715, upon govt's motion, sealing indictment #5 of the August 19, 2003 Grand Jury Docket as to Sealed Dft #1, Sealed Dft #2 (sql) (Entered: 08/28/2003) |
| 08/19/2003 | 1 | SEALED INDICTMENT as to Sealed Dft #1 (1) count(s) 1, 2, 3, 4, Sealed Dft #2 (2) count(s) 1, 2, 3, 5 (sql) (Entered: 08/28/2003) |
| 08/19/2003 | | **Added Government Attorney Stephen P. Feaga as to Sealed Dft #1, Sealed Dft #2 (sql) (Entered: 08/28/2003) |

| Date | # | Description |
|---|---|---|
| 08/19/2003 | | Magistrate Judge Charles S. Coody assigned to case for discovery matters as well as matters subsequently referred by District Judge . (sql) (Entered: 08/28/2003) |
| 08/19/2003 | | **Added party US Marshals Service, Montgomery U.S. Probation, U.S. Pretrial, USA Financial Unit (sql) (Entered: 08/28/2003) |
| 08/28/2003 | 2 | MOTION by USA as to Sealed Dft #1, Sealed Dft #2 to Substitute Page (#4) in Indictment (Proposed Page #4 attached) [2-1] referred to Judge Myron H. Thompson (snc) (Entered: 08/28/2003) |
| 08/29/2003 | 3 | ORDER as to Sealed Dft #1, Sealed Dft #2 granting [2-1] motion to Substitute Page (#4) in Indictment as to Sealed Dft #1 (1), Sealed Dft #2 (2) ( Signed by Judge Myron H. Thompson ) Copies furnished to: usa (under seal) (snc) (Entered: 08/29/2003) |
| 08/29/2003 | 4 | Arrest WARRANT issued as to Sealed Dft #1 (snc) (Entered: 08/29/2003) |
| 09/16/2003 | | Order issued by Mag Judge Boyd in Cr Misc No 715 UNSEALING indictment as to Sealed Dft #1, Sealed Dft #2 (snc) (Entered: 09/16/2003) |
| 09/16/2003 | | INDICTMENT UNSEALED as to Eugene Robert Church, Gayle Lynn Strother (snc) (Entered: 09/16/2003) |
| 09/16/2003 | | **Added (ip) party Eugene Robert Church, 202 Greenwood Drive, Panama City Beach, FL (snc) (Entered: 09/16/2003) |
| 10/03/2003 | 6 | SEALED APPLICATION by USA as to Eugene Robert Church for Records [6-1] referred to Mag Judge Vanzetta P. McPherson (snc) (Entered: 10/06/2003) |
| 10/03/2003 | 7 | SEALED ORDER as to Eugene Robert Church granting [6-1] motion for Records ( Signed by Mag Vanzetta P. McPherson ) Copies furnished to: usa, usm (snc) (Entered: 10/06/2003) |
| 10/08/2003 | | (ws) (Entered: 10/09/2003) |
| 10/23/2003 | | ARREST (Rule 40)of Eugene Robert Church (sql) (Entered: 10/29/2003) |
| 10/28/2003 | 16 | CJA 23 FINANCIAL AFFIDAVIT by Eugene Robert Church (sql) (Entered: 10/29/2003) |
| 10/28/2003 | 17 | CJA 20 as to Eugene Robert Church : Appointment of Attorney Richard Cracker Waldrop ( Signed by Mag Judge Vanzetta P. McPherson ) , Copies furnished to: counsel (sql) (Entered: 10/29/2003) |
| 10/28/2003 | 18 | MOTION by USA as to Eugene Robert Church for detention Hearing [18-1] referred to Mag Judge Vanzetta P. McPherson (sql) (Entered: 10/29/2003) |

| | | |
|---|---|---|
| 10/28/2003 | | Initial appearance as to Eugene Robert Church held before Mag Judge Vanzetta P. McPherson on 10/28/03 (Defendant informed of rights.) (sql) (Entered: 10/29/2003) |
| 10/28/2003 | 19 | Courtroom Deputy's Minutes as to Eugene Robert Church of initial appearance.: (sql) (Entered: 10/29/2003) |
| 10/30/2003 | 20 | Arrest WARRANT Returned Executed as to Eugene Robert Church on 10/23/03 (ws) (Entered: 10/30/2003) |
| 10/31/2003 | 21 | ORDER as to Eugene Robert Church Setting Detention and Arraignment Hearing for 10:00 a.m. on 11/3/03 for Eugene Robert Church before Mag. Judge Charles S. Coody in U.S. Courthouse ( Signed Mag. Judge Charles S. Coody ) Copies mailed to: Counsel, Deft, Copies furnished to: USA, USM, USPO, USPTS, RL, WS, YG, HC (ws) (Entered: 10/31/2003) |
| 10/31/2003 | 22 | Received Rule 40 Documents as to Eugene Robert Church from Northern District of FL (ws) (Entered: 10/31/2003) |
| 10/31/2003 | | ARREST of Eugene Robert Church in ND of Florida (ws) (Entered: 10/31/2003) |
| 11/03/2003 | | Detention hearing as to Eugene Robert Church held before Mag. Judge Charles S. Coody on 11/3/03 (ws) (Entered: 11/03/2003) |
| 11/03/2003 | 23 | Courtroom Deputy's Minutes and witness list as to Eugene Robert Church : Detention hearing (10:01 - 10:18) (ws) (Entered: 11/03/2003) |
| 11/03/2003 | 24 | DETENTION ORDER as to Eugene Robert Church ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: Counsel, Deft, Copies furnished to: USA, USM, USPO, USPTS, RL, WS (ws) (Entered: 11/03/2003) |
| 11/03/2003 | | **Terminated document(s) as to Eugene Robert Church : terminating [18-1] motion for detention Hearing as to Eugene Robert Church (1) (ws) (Entered: 11/14/2003) |
| 11/04/2003 | 25 | ORDER as to Eugene Robert Church Setting Arraignment for 3:00 p.m. on 11/6/03 for Eugene Robert Church for U.S. Courthouse before Mag. Judge Charles S. Coody in Courtroom 4B ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: Counsel, Deft, Copies furnished to: USA, USM, USPO, USPTS, RL, WS, YG, HC (ws) (Entered: 11/04/2003) |
| 11/06/2003 | | ARRAIGNMENT as to Eugene Robert Church held before Mag. Judge Charles S. Coody on 11/6/03 Defendant(s) appeared with counsel and after having been advised of Defendant(s') rights, entered a plea of Not Guilty. (ws) (Entered: 11/07/2003) |
| 11/06/2003 | 26 | Courtroom Deputy's Minutes as to Eugene Robert Church : Arraignment (3:21 - 3:23) (ws) (Entered: 11/07/2003) |

CM/ECF - U.S. District Court: ALMD - Docket Report    https://ecf.almd.circ11.dcn/cgi-bin/DktRpt.pl?652996562349457-L...
Case 2:05-cv-00403-WHA-CSC   Document 1-2   Filed 05/02/05   Page 5 of 10

| | | |
|---|---|---|
| 11/10/2003 | 27 | ORDER on Arraignment as to Eugene Robert Church that all discovery shall be conducted according to the requirements of this court's standing order on criminal discovery; directing that Discovery by the government is due on or before 11/6/03 for Eugene Church ; that disclosures by the defendant shall be provided on or before 11/13/03;Pretrial Motions are due by 11/14/03 for Eugene Robert Church ; Pretrial Conference is set for 3:30 p.m. on 11/17/03 for Eugene Robert in U.S. Courthouse before Mag. Judge Charles S. Coody; that any requested voir dire questions and jury instructions must be filed no later than one week before jury selection; Jury Trial set for 12/8/03 for Eugene Robert Church in U.S. Courthouse before Unassigned Judge Jury Selection 12/8/03 for Eugene Robert Church in U.S. Courthouse before Unassigned Judge and government response to pretrial motions due 10 days from motion filing date. ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: Counsel, Deft, Copies furnished to: USA, USM, USPO, USPTS, RL, WS, YG, HC, WR (ws) (Entered: 11/10/2003) |
| 11/14/2003 | | Deadline updated as to Eugene Robert Church, Gayle Lynn Strother, Setting Pretrial Conference for 3:30 p.m. on 11/17/03 for Eugene Robert Church, for Gayle Lynn Strother at U.S. Courthouse before Mag. Judge Charles S. Coody in Courtroom 4B (ws) (Entered: 11/14/2003) |
| 11/14/2003 | 28 | MOTION by Eugene Robert Church to appear at pre-trial conference [28-1] referred to Mag. Judge Charles S. Coody (sql) (Entered: 11/14/2003) |
| 11/14/2003 | 29 | ORDER as to Eugene Robert Church granting [28-1] motion to appear at pre-trial conference as to Eugene Robert Church (1); directing the USM to produce the defendant for the pretrial conference on 11/17/03 @ 3:30 p.m. ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: Counsel, Deft, Copies furnished to: USA, USM, USPO, USPTS, RL, WS (ws) (Entered: 11/14/2003) |
| 11/17/2003 | | Pre-trial conference as to Eugene Robert Church, Gayle Lynn Strother held before Mag. Judge Charles S. Coody on 11/17/03 (ws) (Entered: 11/18/2003) |
| 11/17/2003 | 30 | Courtroom Deputy's Minutes as to Eugene Robert Church : Pretrial Conference (3:48-3:52) (ws) (Entered: 11/18/2003) |
| 11/24/2003 | 32 | MOTION by Eugene Robert Church to continue 12/8/03 trial [32-1] referred to Mag. Judge Charles S. Coody (dkt clerk) (Entered: 11/24/2003) |
| 11/24/2003 | 33 | WAIVER of Speedy Trial by Eugene Robert Church. Referred to Mag. Judge Coody. (dkt clerk) (Entered: 11/24/2003) |
| 12/01/2003 | 35 | Requested Voir Dire Questions by USA as to Eugene Robert Church, Gayle Lynn Strother (dkt clerk) (Entered: 12/01/2003) |

| | | |
|---|---|---|
| 12/01/2003 | 36 | Proposed FORFEITURE Jury Instructions by USA as to Eugene Robert Church, Gayle Lynn Strother (dkt clerk) (Entered: 12/01/2003) |
| 12/01/2003 | 37 | PROPOSED SPECIAL VERDICT FORM (Forfeiture) by USA as to Eugene Robert Church, Gayle Lynn Strother (dkt clerk) (Entered: 12/01/2003) |
| 12/03/2003 | 39 | ORDER as to Eugene Robert Church granting [32-1] motion to continue 12/8/03 trial as to Eugene Robert Church (1) to Continue in Interests of Justice Time Excluded from 12/3/03 to 1/6/04 ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: Counsel, Deft, Copies furnished to: USA, USM, USPO, USPTS, EL, WS, YG, HC, WR, KG (ws) (Entered: 12/03/2003) |
| 12/03/2003 | 40 | PRETRIAL CONFERENCE ORDER as to Eugene Robert Church setting Jury Selection for 1/6/04 for Eugene Robert Church at U.S. Courthouse before Judge W. H. Albritton III in Courtroom 2C , Setting Jury Trial on 1/6/04 for Eugene Robert Church before Judge W. H. Albritton III in Courtroom 2C and is expected to last one to one-half trial days ; there are no motions currently pending; Setting voir dire questions due on 12/30/03 for Eugene Robert Church ; all motions in limine shall be filed on or before 12/30/03; Setting proposed jury instructions due on 12/30/03 for Eugene Robert Church ; Setting Plea deadline to for 12/30/03 for Eugene Robert Church ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: Counsel, Deft, Copies furnished to: USA, USM, USPO, USPTS, EL, RL, YG, HC, WR (ws) (Entered: 12/03/2003) |
| 12/03/2003 | | CASE Assigned to Judge W. H. Albritton III (ws) (Entered: 12/03/2003) |
| 12/03/2003 | | (ws) (Entered: 12/03/2003) |
| 12/05/2003 | 43 | MOTION (Petition) by USA as to Eugene Robert Church for Order Directing USM to Release Custody of Prisoner [43-1] referred to Mag. Judge Charles S. Coody (ekl) (Entered: 12/05/2003) |
| 12/05/2003 | 44 | ORDER as to Eugene Robert Church granting [43-1] motion for Order Directing USM to Release Custody of Prisoner as to Eugene Robert Church (1) ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: COunsel, Deft , Copies furnished to: USA, USM, USPO, USPTS, EL, WS (ws) (Entered: 12/08/2003) |
| 12/09/2003 | 45 | MOTION by Eugene Robert Church to Withdraw Demand for Trial [45-1], and to Change Plea , [45-2] referred to Mag. Judge Charles S. Coody (ws) (Entered: 12/11/2003) |
| 12/11/2003 | 46 | ORDER as to Eugene Robert Church that this case be referred to a U.S. Magistrate Judge to conduct all proceedigs required by Rule 11 of FRCr.P incident to a guilty plea and to make a recommendation concerning acceptance of the guilty plea ( Signed by Judge W. H. |

| | | |
|---|---|---|
| | | Albritton III ) Copies mailed to: Counsel, Deft, Copies furnished to: USA, USM, USPO, USPTS, EL, WS (ws) (Entered: 12/11/2003) |
| 12/11/2003 | 47 | ORDER as to Eugene Robert Church Setting Change of Plea Hearing for 4:00 p.m. on 12/18/03 for Eugene Robert Church at U.S. Courthouse before Mag. Judge Charles S. Coody in Courtroom 4B ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: Counsel, Deft, Copies furnished to: USA, USM, USPO, USPTS, EL, WS,YG, HC (ws) (Entered: 12/11/2003) |
| 12/16/2003 | 48 | ORDER as to Eugene Robert Church Resetting Change of Plea Hearing for 3:30 p.m on 12/22/03 for Eugene Robert Church at U.S. Courthouse before Mag. Judge Charles S. Coody in Courtroom 4B; directing the clerk to provide a court reporter for these proceeding; directing the USM to produce the defendant for the proceedings ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: Counsel, Deft, Copies furnished to: USA, USM, USPO, USPTS, EL, WS, YG, HC (ws) (Entered: 12/16/2003) |
| 12/22/2003 | | **Terminated document(s) as to Eugene Robert Church : terminating [45-1] motion to Withdraw Demand for Trial as to Eugene Robert Church (1), terminating [45-2] motion to Change Plea as to Eugene Robert Church (1) SEE 12/22/03 minutes. (ekl) (Entered: 12/24/2003) |
| 12/23/2003 | 51 | Courtroom Deputy's Minutes as to Eugene Robert Church : Channge of Plea hearing was not held as to Eugene Robert Church; Deft changed his mind and did not wish ot enter guilty plea. Mitchell Risner, Court Reporter (ws) (Entered: 12/23/2003) |
| 12/23/2003 | | **Terminated deadlines as to Eugene Robert Church (ws) (Entered: 12/23/2003) |
| 12/24/2003 | 58 | MOTION by Eugene Robert Church to continue 1/6/04 trial date [58-1] referred to Judge W. H. Albritton III (ekl) (Entered: 12/24/2003) |
| 12/24/2003 | 59 | WAIVER of Speedy Trial by Eugene Robert Church (ekl) (Entered: 12/24/2003) |
| 12/24/2003 | 60 | MOTION by Eugene Robert Church to Suppress (with attachments) [60-1] referred to Mag. Judge Charles S. Coody (ekl) (Entered: 12/24/2003) |
| 12/24/2003 | 61 | MOTION by Eugene Robert Church in Limine [61-1] referred to Judge W. H. Albritton III (ekl) (Entered: 12/24/2003) |
| 12/24/2003 | 62 | MEMORANDUM by Eugene Robert Church in support of [61-1] motion in Limine (ekl) (Entered: 12/24/2003) |
| 12/29/2003 | 63 | WAIVER of Speedy Trial by Eugene Robert Church (ekl) (Entered: 12/29/2003) |
| 12/30/2003 | 64 | ORDER as to Eugene Robert Church granting [58-1] motion to continue 1/6/04 trial date as to Eugene Robert Church (1) to Continue |

| | | |
|---|---|---|
| | | in Interests of Justice Time Excluded from 12/30/03 to 1/26/04 , reset Jury Trial on 1/26/04 for Eugene Robert Church before Judge W. H. Albritton III in Courtroom 2C ( Signed by Judge W. H. Albritton III ) Copies mailed to: defendant, Copies furnished to: COUNSEL,USA,USM,USPTS,USPO,YG,HC,WR (ekl) (Entered: 12/30/2003) |
| 12/30/2003 | 65 | ORDER as to Eugene Robert Church Response to Motion set for 1/8/04 for Eugene Robert Church for [61-1] motion in Limine, at which time the motion will be taken under submission for determination ( Signed by Judge W. H. Albritton III ) Copies mailed to: defendant, Copies furnished to: USA,USM,USPTS,USPO,COUNSEL (ekl) (Entered: 12/30/2003) |
| 01/05/2004 | | **Terminated deadlines as to Eugene Robert Church, Gayle Lynn Strother (ekl) (Entered: 01/05/2004) |
| 01/07/2004 | 66 | ORDER as to Eugene Robert Church denying [60-1] motion to Suppress (with attachments) as to Eugene Robert Church (1) ( Signed by Judge W. H. Albritton III ) Copies mailed to: deft, Copies furnished to: USA,USM,USPTS,USPO,COUNSEL (ekl) (Entered: 01/07/2004) |
| 01/08/2004 | 67 | MOTION by USA as to Eugene Robert Church, Gayle Lynn Strother to Strike Forfeiture Allegations 1 and 2 [67-1] referred to Judge W. H. Albritton III (ekl) (Entered: 01/09/2004) |
| 01/08/2004 | 68 | RESPONSE (with attachments 1-3) by USA as to Eugene Robert Church re [61-1] motion in Limine, [60-1] motion to Suppress (with attachments) referred to Judge W. H. Albritton III (ekl) (Entered: 01/09/2004) |
| 01/12/2004 | 69 | ORDER [rendered 1/9/04] as to Eugene Robert Church, Gayle Lynn Strother granting [67-1] motion to Strike Forfeiture Allegations 1 and 2 as to Eugene Robert Church (1), Gayle Lynn Strother (2); It is, therefore, ORDERED, ADJUDGED and DECREED by the COurt that Forfeiture Allegations 1 and 2 are hereby stricken. ( Signed by Judge W. H. Albritton III ) Copies mailed to: Counsel, Copies furnished to: USA,USPS,USPO,USMS,EL (kcg) Modified on 01/12/2004 (Entered: 01/12/2004) |
| 01/20/2004 | 72 | ORDER as to Eugene Robert Church (to the extent deft bases his motion on an alleged illegal search) denying [61-1] motion in Limine as to Eugene Robert Church (1) and denying as moot said motion in limine to the extent the motion refers to statements as further set out in order. ( Signed by Judge W. H. Albritton III ) Copies mailed to: deft, Copies furnished to: USA,USM,USPTS,USPO,COUNSEL (ekl) (Entered: 01/20/2004) |
| 01/21/2004 | 73 | TRIAL NOTICE as to Eugene Robert Church ; Jury Selection 1/26/04 at 10:00 a.m. Trial set for 9:00 1/27/04 for Eugene Robert Church at Courtroom 2C ; TRIAL Notice to ATTORNEYS Eugene Robert |

| | | |
|---|---|---|
| | | Church Eugene Robert Church, U.S. Pretrial for interested party U.S. Pretrial, Montgomery U.S. Probation for interested party Montgomery U.S. Probation, US Marshals Service for interested party US Marshals Service, Richard Cracker Waldrop for defendant Eugene Robert Church, Stephen P. Feaga for plaintiff USA ; Clothing Notice mailed. (ekl) (Entered: 01/21/2004) |
| 01/21/2004 | | Jury selection as to Eugene Robert Church set for 10:00 1/26/04 for Eugene Robert Church at Courtroom 2E before Judge Myron H. Thompson (ekl) (Entered: 01/21/2004) |
| 01/21/2004 | 74 | Proposed Jury Instructions 1-14 by USA as to Eugene Robert Church (ekl) (Entered: 01/22/2004) |
| 01/23/2004 | 75 | Requested Voir Dire Questions by Eugene Robert Church (ekl) (Entered: 01/23/2004) |
| 01/26/2004 | | Jury trial as to Eugene Robert Church reset for 9:00 1/29/04 for Eugene Robert Church at Courtroom 2C before Judge W. H. Albritton III (ekl) (Entered: 01/26/2004) |
| 01/26/2004 | | Voir dire begun as to Eugene Robert Church (1) count(s) 1, 2, 3, 4 (snc) (Entered: 01/26/2004) |
| 01/26/2004 | | JURY SELECTION as to Eugene Robert Church held before Judge Myron H. Thompson on 1/26/04. Mitchell Reisner, Court Reporter (snc) (Entered: 01/26/2004) |
| 01/26/2004 | 76 | Courtroom Deputy's Minutes of JURY SELECTION before Judge Myron H. Thompson as to Eugene Robert Church. Mitchell Reisner, Court Reporter (snc) (Entered: 01/26/2004) |
| 01/29/2004 | | Jury trial as to Eugene Robert Church held before Judge W. H. Albritton III on January 29-30, 2004. MITCHELL REISNER, COURT REPORTER. (ekl) (Entered: 02/02/2004) |
| 01/30/2004 | | Change of Plea Hearing as to Eugene Robert Church held before Judge W. H. Albritton III on January 30, 2004. MITCHELL REISNER, COURT REPORTER (ekl) (Entered: 02/02/2004) |
| 01/30/2004 | | PLEA of Guilty: Eugene Robert Church (1) count(s) 1, 2, 3, 4 ; Court accepts plea. MITCHELL REISNER,COURT REPORTER (ekl) (Entered: 02/02/2004) |
| 01/30/2004 | 77 | Courtroom Deputy's Minutes of trial/plea, witness list, exhibit lists as to Eugene Robert Church. EXHIBITS RETURNED TO COUNSEL. Mitchell Reisner, Court Reporter : (ekl) (Entered: 02/02/2004) |
| 02/04/2004 | 78 | ORDER as to Eugene Robert Church set Sentencing for for 9:00 4/23/04 for Eugene Robert Church at Courtroom 2C before Judge W. H. Albritton III . Any objections are due in writing to the PO 4/1/04. Unless excused in writing, parties shall be available for a conference with the PO 4/2/04, 8:30 am ( Signed by Judge W. H. Albritton III ) |

| | | |
|---|---|---|
| | | Copies mailed to: deft, Copies furnished to: USA,USM,USPTS,USPO,COUNSEL,YG, (ekl) (Entered: 02/04/2004) |
| 04/23/2004 | 81 | Minute Entry for proceedings held before Judge W. Harold Albritton III:Sentencing held on 4/23/2004 for Eugene Robert Church (1), Count(s) 1, 2, 120 mos impr, consecutive to ct 3; 5 yrs sup rel; $100 sa; Count(s) 3, 60 mos impr, consecutive to cts 1,2 and 4; 5 yrs sup rel; $100 sa; Count(s) 4, 120 mos impr, consecutive to ct 3; 3 yrs sup rel ; $100 sa. (Court Reporter Risa Entrekin.) (ekl, ) (Entered: 04/27/2004) |
| 04/26/2004 | 82 | JUDGMENT as to Eugene Robert Church (1), Count(s) 1, 2, 120 mos impr, consecutive to ct 3; 5 yrs sup rel; $100 sa; Count(s) 3, 60 mos impr, consecutive to cts 1,2 and 4; 5 yrs sup rel; $100 sa; Count(s) 4, 120 mos impr, consecutive to ct 3; 3 yrs sup rel ; $100 sa . Signed by Judge W. Harold Albritton III on 4/26/04. (ekl, ) (Entered: 04/27/2004) |
| 04/29/2004 | | ***Case Terminated as to Eugene Robert Church, Gayle Lynn Strother (ekl, ) (Entered: 04/30/2004) |
| 07/07/2004 | 87 | CJA 20 as to Eugene Robert Church : Authorization to Pay Richard C. Waldrop. Amount: $ 16,472.47, Voucher # 040608000025. Signed by Judge Charles R. Wilson on 6/21/04. (ws ) (Entered: 07/07/2004) |
| 09/01/2004 | 89 | Judgment Returned Executed as to Eugene Robert Church on 8/23/04 FCI Forrest City. (ekl, ) (Entered: 09/02/2004) |
| 01/14/2005 | | Payment Received from BOP: as to Eugene Robert Church $ 25.00 assessment; receipt number 105030 (ws, ) (Entered: 01/18/2005) |