```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

EUGENE CHURCH                    )
                                 )    CV. NO. 05-cv-403
        v.                       )    CR. NO. 03-cr-173
                                 )
UNITED STATES OF AMERICA.        )

<u>MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO
PETITIONER'S MOTION TO VACATE, CORRECT, OR SET ASIDE SENTENCE</u>

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, requesting an extension of 30 (thirty) days in which to respond to Petitioner's Motion to Vacate, Correct, or Set Aside Sentence pursuant to 28 U.S.C. § 2255, and in support of its request, states as follows:

1. Petitioner's claims require reference to the transcripts of his guilty plea and sentencing hearings. Those transcripts have been ordered by this Office, but are not expected prior to June 13, 2005.

2. So that the United States may fully respond to each claim raised by Petitioner and comply with this Court's Order directing that all relevant transcripts be submitted with its response, an extension of 30 (thirty) days after the original due date of June 6, 2005 is requested. The new due date for a response from the United States would be July 7, 2005.

Respectfully submitted on this the 2nd day of June, 2005.

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY


    /s/ Stephen P. Feaga
    STEPHEN P. FEAGA
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    (334) 223-7280
    (334) 223-7135 fax
    stephen.feaga@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EUGENE CHURCH, | ) | |
| | ) | CV. NO. 05-cv-403 |
| v. | ) | CR. NO. 03-cr-173 |
| | ) | |
| UNITED STATES OF AMERICA. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: Alfred Allen Lee, #05638-017, Forrest City FCI, 1400 Dale Bumpers Road, Forrest City, AR 72335.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Stephen P. Feaga
STEPHEN P. FEAGA
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
stephen.feaga@usdoj.gov