IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv403-A |
| | ) | |
| EUGENE ROBERT CHURCH | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on June 2, 2005 (Doc. 4), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the United States be GRANTED an extension from June 6, 2005, to and including July 7, 2005, to file a response to the movant's 28 U.S.C. § 2255 motion in compliance with this court's order entered on May 6, 2005.

Done this 6th day of June, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE