IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EUGENE CHURCH                      )
                                   )        CV. NO. 05-cv-403
        v.                         )        CR. NO. 03-cr-173
                                   )
UNITED STATES OF AMERICA.          )


MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO
PETITIONER'S MOTION TO VACATE, CORRECT, OR SET ASIDE SENTENCE

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, requesting an extension of time in which to respond to Petitioner's Motion to Vacate, Correct, or Set Aside Sentence pursuant to 28 U.S.C. § 2255, and in support of its request, states as follows:

1.    Petitioner's claims require reference to the transcripts of his trial, guilty plea, and sentencing hearings.  All transcripts have been ordered by this Office, but one remains outstanding and is not expected prior to July 12, 2005.

2.    So that the United States may fully respond to each claim raised by Petitioner and comply with this Court's Order directing that all relevant transcripts be submitted with its response, an extension of an additional 14 (fourteen) days after the current due date of  July 7, 2005 is requested.  The new due date for a response from the United States would be July 21, 2005.

Respectfully submitted on this the 1st day of July, 2005.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Stephen P. Feaga
STEPHEN P. FEAGA
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
stephen.feaga@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EUGENE CHURCH,                      )
                                    )        CV. NO. 05-cv-403
          v.                        )        CR. NO. 03-cr-173
                                    )
UNITED STATES OF AMERICA.           )

CERTIFICATE OF SERVICE

    I hereby certify that on July 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: Eugene Robert Church, #05638-017, Forrest City FCI, 1400 Dale Bumpers Road, Forrest City, AR 72335.


                        Respectfully submitted,

                        LEURA GARRETT CANARY
                        UNITED STATES ATTORNEY


                        /s/ Stephen P. Feaga
                        STEPHEN P. FEAGA
                        Assistant United States Attorney
                        Post Office Box 197
                        Montgomery, Alabama 36101-0197
                        (334) 223-7280
                        (334) 223-7135 fax
                        stephen.feaga@usdoj.gov