IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv403-A |
| | ) | WO |
| EUGENE ROBERT CHURCH | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on July 1, 2005 (Doc. 6), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the United States be GRANTED an extension from July 7, 2005, to and including July 21, 2005, to file a response to the movant's 28 U.S.C. § 2255 motion in compliance with this court's order entered on May 6, 2005.

Done this 1st day of July, 2005.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE