IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv403-A |
| | ) | |
| EUGENE ROBERT CHURCH | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on July 19, 2005 (Doc. 8), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the United States be GRANTED an extension from July 21, 2005, to and including August 22, 2005, to file a response to the movant's 28 U.S.C. § 2255 motion in compliance with this court's order entered on May 6, 2005.

Done this 26th day of July, 2005.

                                                       /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE