IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**FILED**

JAN 7 2004

UNITED STATES OF AMERICA )

vs. ) CR. NO. 03-173-N

EUGENE ROBERT CHURCH )

**CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

## ORDER

This case is before the court on the Motion to Suppress (Doc. #60), filed by the Defendant on December 24, 2003. The motion is due to be denied as untimely filed.

On November 10, 2003, an Order on Arraignment (Doc. #27) was entered in which a pretrial conference was set for November 17, 2003. The order required that all pretrial motions be filed no later than two days before the pretrial conference, which would have been November 15, 2003. No motion to suppress or motion to extend the time for filing pretrial motions was filed by that time. Following the November 17 pretrial conference, the trial date was continued from December 8, 2003, to January 6, 2004, on motion of the Defendant, but no extension of time for filing pretrial motions was requested or granted. Therefore, the Motion to Suppress filed on December 24, 2003, is untimely and is due to be denied.

Even if the Motion to Suppress had been timely filed, it would be denied. The motion is premised on issues which on the face of the attached affidavit and warrant lack merit. The affidavit supplies ample probable cause for the search of a properly designated and described place.

For the reasons stated, it is hereby

ORDERED that Defendant's Motion to Suppress is DENIED.

DONE this _7th_ day of January, 2004.

W. HAROLD ALBRITTON
CHIEF UNITED STATES DISTRICT JUDGE