**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 22, 2005

## NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: USA v. Eugene Robert Church**
**Case Number: 2:05cv403-A**

**Pleading : #10 - Reply Brief**

**Notice of Correction is being  filed this date to advise that   the referenced  pleading  and attachments thereto were e-filed on 8/22/2005 with the wrong  pdf documents attached.**

 **The corrected pdf documents are attached to this notice.**