IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 SEP -1 A 9: 37

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EUGENE ROBERT CHURCH, )<br>)<br>Defendant. )<br>) | Civil Action No. 2:05-cv-403-A<br>WO |

### DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE HIS REPLY TO THE GOVERNMENT'S RESPONSE TO HIS §2255 MOTION

COMES NOW EUGENE ROBERT CHURCH, pro se, and moves the Court to enter its Order granting him an enlargement of time to and including October 10, 2005, within which to file his Reply to the Government's Response, and in connection with his request shows the Court as follows:

1. On August 22, 2005, Honorable Charles S. Coody, Chief United States Magistrate Judge, entered his Order directing the Defendant herein to file his Reply to the Government's Response to the Defendant's MOtion filed pursuant to 28 U.S.C. §2255 on or before September 12, 2005.

2. Defendant has not yet received a copy of the Government's Response to his §2255 motion,, although he has received the Court's Order directing him to file a Reply to the Government's Response.

3. In order to respond adequately to the Government's Response, it will be necessary to have in hand a copy of the

- 1 -

Government's Response in order to prepare a Reply to the Government's Response.

4.  Defendant is confined at the Federal Correctional Institution at Forrest City, Arkansas, which is at this time approximately 40% over capacity, and has an inmate population of well over 2,200 inmates. The law library is small, and not capable of handling all inmate litigants at one time. Consequently, Defendant must await his turn in order to utilize the resources he will need to research and write his Reply to the Government's Response.

5.  Moreover, Defendant must work at his institutional job assignment all day, five days a week. As a consequence, his only opportunity to devote time to his case is during the evening and on Saturdays. The law library is closed on Sundays. HOwever, as noted above, Defendant must await his turn to use the law library facilities.

6.  Because Defendant does not have access to secretarial or paralegal assistance, he must do all of the work himself, but within the time that is available to him.

7.  Further complicating the preparation of his reply is the fact that he has not received a copy of the Government's Response. Thus, Defendant believes that he can research the issues and prepare his reply and serve and file the same on or before October 10, 2005, assuming, of course, he shortly receives a copy of the Government's Response.

8,  Defendant does not make this request for the purpose

of causing any delay in the adjudication of this matter, but makes this request solely because he is in need of the additional time requested, that is, to and including October 10, 2005.

9. Defendant has not discussed the requested enlargement of time with the Government so he is not in a position to determine the Government's position in this matter. However, Defendant has written to the U.S. Attorney advising him of the non-receipt of the Government's Response to the Defendant's §2255 motion, and requesting a copy be sent to him as soon as possible.

**WHEREFORE**, for the foregoing reasons, Defendant prays an Order of this Court granting him to and including October 10, 2005 within which to prepare and file his Reply to the Government's Response to his §2255 motion.

Respectfully submitted,

*Eugene R. Church*
EUGENE ROBERT CHURCH
Reg. No. 05638-017
Federal Correctional Institution
Post Office Box 9000
Forrest City, Arkansas 72336-9000,

Defendant, pro se

## CERTIFICATE OF SERVICE

This is to certify the undersigned did mail a true and correct copy of the foregoing

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE HIS REPLY TO THE GOVERNMENT'S RESPONSE TO HIS §2255 MOTION

to:

United States Attorney
Middle District of Alabama
United States Courthouse
One Courthouse Square
Montgomery, Alabama 36104

by first-class mail, in a wrapper addressed as aforesaid, with sufficient first-class postage prepaid and affixed thereto, and by depositing the same in the mail receptacle provided for inmate use in mailing legal materials from the Federal Correctional Institution at Forrest City, Arkansas on this 30th day of August, 2005..

_Eugene Robert Church_
Eugene Robert Church

- 4 -