IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv403-A |
| | ) | |
| EUGENE ROBERT CHURCH | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the movant, Eugene Robert Church, on September 1, 2005 (Doc. 13), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the movant be GRANTED an extension from September 12, 2005, to and including October 10, 2005, to file a reply to the government's response to the movant's 28 U.S.C. § 2255 motion in compliance with this court's order entered on August 23, 2005.

Done this 6th day of September, 2005.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE