IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Respondent, | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cv-403-A |
| | ) | |
| EUGENE ROBERT CHURCH, | ) | |
| | ) | |
| Defendant-Movant. | ) | |

## DEFENDANT'S MOTION FOR AN ORDER GRANTING HIM LEAVE TO PROCEED IN FORMA PAUPERIS

COMES NOW EUGENE ROBERT CHURCH, pro se, and moves the Court to enter its Order granting him leave to proceed in forma pauperis in this cause, and in connection with this request, shows the Court as follows:

1.    While there is no filing fee for a motion under 28 U.S.C. §2255, there are fees and expenses in connection with the acquisition of transcripts and documents from the Court's file maintained by the Clerk of the Court which may become necessary during the course of the captioned litgation.

2.    Defendant lacks the economic resources to acquire a copy of the change of plea and sentencing transcripts, and any copies of documents that may be necessary to prosecute his motion under 28 U.S.C. §2255 to fruition.

3.    Attached hereto, and made a part hereof is Defendant's affidavit of poverty, together with a copy of his commissary account maintained at the Federal Correctional Institution at Forrest City, Arkansas.

- 1 -

4.    Defendant brings his motion in good faith for the purposes authorized by law, but because of his poverty, is unable to pay the costs of a copy of the change of plea transcript and the sentencing transcripts, both of which will be necessary in order to fully brief the issues in the case.

5.    While Defendant has filed a Reply to the Government's opposition to his motion filed pursuant to 28 U.S.C. §2255, Defendant has not had available to him all of the transcripts which the Government has ready access to.  In order to give the Defendant a full opportunity to discern the issues, this Court should grant Defendant leave to proceed in forma pauperis, and grant him a copy of the change of plea transcript and the sentencing transcript.

**WHEREFORE**, for the foregoing reasons, Defendant prays an Order of this Court granting him leave to proceed in forma pauperiss.

Respectfully submitted,

*Eugene Robert Church*

EUGENE ROBERT CHURCH
Reg. No. 05638-017
Federal Correctional Institution
Post Office Box 9000
Forrest City, Arkansas 72336-9000,

Defendant, pro se

- 2 -

## CERTIFICATE OF SERVICE

This is to certify the undersigned did mail a true and correct copy of the foregoing

DEFENDANT'S MOTION FOR AN ORDER  GRANTING HIM LEAVE TO PROCEED
IN FORMA PAUPERIS

to:

United States Attorney
One Courthouse Square
Suite 201
Post Office Box 197
Montgomery, Alabama 36101-0197

by first-class mail, in a wrapper addressed as aforesaid, with sufficient first-class postage prepaid and affixed thereto, and by depositing the same in the mail receptacle provided for inmate use in mailing legal materials from the Federal Correctional Institution at Forrest City,Arkansas, on this 11th day of October, 2005.

_Eugene Robert Church_
Eugene Robert Church

- 3 -

# United States District Court

_____ Middle _____ DISTRICT OF _____ Alabama _____

United States of America,

Plaintiff

v.

Eugene Robert Church,

Defendant

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:   2:05-cv-403-A

I,    Eugene Robert Church    declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant     ☒ other   Defendant above-named

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

Motion pursuant to 28 U.S.C. §2255 and the costs related to acquiring a copy of the change of plea and sentencing transcripts.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?:     ☑ Yes      ☐ No      (If "No" go to Part 2)

    If "Yes" state the place of your incarceration   Forrest City FCI (Low)

    Are you employed at the institution? _____   Do you receive any payment from the institution? _____

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?     ☐ Yes      ☐ No

    a.  If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have your received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☑ |
    | b. | Rent payments, interest or dividends | ☐ | ☑ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
    | d. | Disability or workers compensation payments | ☐ | ☑ |
    | e. | Gifts or inheritances | ☐ | ☐ |
    | f. | Any other sources | ☐ | ☐ |

    If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

4.  Do you have any cash or checking or savings accounts?  ☐ Yes   ☑ No

If "Yes" state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☑ No

If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_Oct 11 2005_     _Eugene Robert Church_
DATE                            SIGNATURE OF APPLICANT

# CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ ___.53___ on account to his/her credit at (name of institution) _FCC Forrest City, AR (Low)_. I further certify that the applicant has the following securities to his/her credit: ___# 214.18___

_____. I further certify that during the past six months the applicant's average balance was $ ___10.74___   I further certify that during the past six months the applicant's average monthly deposit was $ _46.78_

_9-10-05_      _C. E. Miller_    _Counselor_
DATE                              SIGNATURE OF AUTHORIZED OFFICER

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 05638017 | Current Institution: | Forrest City FCI |
| Inmate Name: | CHURCH, EUGENE | Housing Unit: | MARIANNA L |
| Report Date: | 09/10/2005 | Living Quarters: | M08-163U |
| Report Time: | 2:11:55 PM | | |

General Information   |   Account Balances   |   Commissary History   |   Commissary Restrictions   |   Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1495 |
| FRP Participation Status: | Participating |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 7/9/2004 |
| Local Account Activation Date: | 7/10/2004 5:30:51 AM |
| Sort Codes: | |
| Last Account Update: | 8/25/2005 2:08:50 AM |
| Account Status: | Active |
| ITS Balance: | $0.35 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.53 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.53 |
| National 6 Months Deposits: | $214.18 |
| National 6 Months Withdrawals: | $213.79 |
| National 6 Months Avg Daily Balance: | $10.74 |
| Local Max. Balance - Prev. 30 Days: | $46.78 |
| Average Balance - Prev. 30 Days: | $6.91 |

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $251.04
Last Sales Date: 8/16/2005 11:49:49 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
| --- | --- | --- | --- | --- | --- |

## Comments

Comments: