IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv403-A |
| | ) | WO |
| EUGENE ROBERT CHURCH | ) | |

**ORDER ON MOTION**

On October 17, 2005, the defendant filed a "Motion for an Order Granting Him Leave to Proceed in Forma Pauperis" (Doc. # 15), in which he asks the court to grant him leave to proceed in forma pauperis and to provide him with copies of the change of plea transcript and the sentencing transcript in his case. The records of the court show that the documents sought by the defendant were attached as exhibits to the government's response to the defendant's § 2255 motion, filed on August 22, 2005. *See* United States' Response to § 2255 Motion (Doc. #10), Exhibits B and C. Accordingly, and for good cause, it is

ORDERED that the defendant's motion (Doc. # 15) be and is hereby DENIED.

Done this 27th day of October, 2005.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE