Eugene Robert Church
                      Reg. No. 05638-017
                     Federal Prison Camp
                     Post Office Box 699
                Estill, South Carolina 29918

[RECEIVED 2007 JUN 12 A 10:12 DEBRA P. HACKETT, CLERK U.S. DISTRICT COURT MIDDLE DIST. ALA. stamp]

Clerk of Court                                                       June 7, 2007
United States District Court
Middle District of Alabama
United States Courthouse
15 Lee Street
Montgomery, Alabama 36104

     Re: <u>United States v. Eugene Robert Church</u>;
         Case No.: 2:05-CU-403-A

Dear Clerk of Court:

    This is to inform you that my mailing address has changed. Please mail all future correspondence in regard to the above-referenced case to the address above.

                                       Sincerely yours,

                                       [signature]
                                     Eugene Robert Church

Eugene Robert Church
Reg. No. 05638-017
Federal Prison Camp
Post Office Box 699
Estill, South Carolina 29918

SAVANNAH GA 314
07 JUN 2007 PM 1 L

Clerk of Court
United States District Court
Middle District of Alabama
United States Courthouse
15 Lee Street
Montgomery, Alabama 36104