IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:05cv403-WHA |
| | ) | |
| EUGENE ROBERT CHURCH | ) | |

**FINAL JUDGMENT**

In accordance with the order of the court entered on this day denying the motion to vacate,

Final Judgment is entered in favor of the United States and against Eugene Robert Church, and this case is DISMISSED.

DONE this 6th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE